# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Wolner,<br><br>        Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, et al.,<br><br>        Defendants. | No. CV-16-00461-TUC-RM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 26). Good cause appearing,

**IT IS ORDERED** that the parties' Stipulation (Doc. 26) is **approved**. This matter is **dismissed with prejudice**, with each party to bear her or its own attorney's fees and costs. The Clerk of Court is directed to close this case.

Dated this 9th day of May, 2017.

Honorable Rosemary Márquez
United States District Judge